# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2333

_____

| | | |
|---|---|---|
| Wendell L. Adams, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Roy Hopkins, Employee for State of | * | Appeal from the United States |
| Missouri, Department of Corrections | * | District Court for the |
| Missouri Vocational Enterprise- | * | Eastern District of Missouri. |
| Laundry Moberly Correctional Center, | * | |
| Personnel in charge of Line | * | |
| supervision, etc.; Steven Crosswhite, | * | |
| Service manager II, employee for State | * | [UNPUBLISHED] |
| of Missouri, Department of Corrections, | * | |
| MO Vocational Enterprise Laundry | * | |
| Moberly Correctional Center, | * | |
| Personnel in charge of operations | * | |
| management, responsible for | * | |
| "disciplinary and safety" rules, etc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 28, 2006
Filed: October 10, 2006

_____

Before MELLOY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri state prisoner Wendell Adams appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record in the light most favorable to Adams, *see Moots v. Lombardi*, 453 F.3d 1020, 1022 (8th Cir. 2006) (de novo standard of review), and considered the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

——————————————————

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.